Ann M. WHITE, Appellant,

v.

UNITED STATES of America; Internal Revenue Service; Brenda L. Vernam, Revenue Agent, IRS, Appellees.

No. 09–3901.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 28, 2010.

Filed: June 2, 2010.

---

1. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.

Ann M. White, O'Brien, FL, pro se.

Dorotha M. Ocker, U.S. Department of Justice, Dallas, TX, Michael James Roessner, John Schumann, U.S. Department of Justice, Ben Franklin Station, Washington, DC, for Appellees.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Ann M. White appeals the district court's[1] order denying her petition to quash a third-party summons. After careful review, *see United States v. Kaiser,* 397 F.3d 641, 643 (8th Cir.2005) (clear-error standard of review), we conclude the denial of her petition was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.